

# NUMBER 13-19-00025-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MARCELO JURADO MORENO,**  **Appellant,**

**v.**

**THE STATE OF TEXAS,**  **Appellee.**

---

### On appeal from the 187th District Court
### of Bexar County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Memorandum Opinion by Justice Hinojosa**

Appellant Marcelo Jurado Moreno, by and through his attorney, has filed a motion

to dismiss his appeal because he no longer desires to prosecute it.[1]  *See* TEX. R. APP.

P. 42.2(a).  We have not issued a decision in this appeal and the motion to dismiss is

---

[1] This case is before this Court from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001.

signed by both appellant and his attorney. *See id.* The motion to dismiss thus meets the requirements of the Texas Rules of Appellate Procedure. *See id.*

Accordingly, without passing on the merits of the case, we grant the motion to dismiss and we dismiss the appeal. *See id.*; *Arthur v. State*, 542 S.W.3d 822, 822 (Tex. App.—Houston [14th Dist.] 2018, no pet.) (per curiam). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
31st day of October, 2019.

2